UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED DORTON, | No. 1:23-cv-01784 GSA (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION 1-FOR A TEMPORARY RESTRAINING ORDER, AND 2- FOR AN ORDER DIRECTING UNSERVED DEFENDANTS TO APPEAR AT A SHOW CAUSE HEARING REGARDING PLAINTIFF'S REQUEST FOR A PRELIMINARY INJUNCTION AS DUPLICATIVE AND AS PREMATURELY FILED |
| v. | |
| STEVE TOSTONIE, et al., | |
| Defendants. | |
| | (ECF No. 18) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed a motion requesting that the Court issue a temporary restraining order and in addition order Defendants to appear at a hearing to show cause why a preliminary injunction should not issue. ECF No. 18. For the reasons stated below, the motion will be denied.

I.  MOTION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR THE COURT TO SET A SHOW CAUSE HEARING

In the motion for a TRO, Plaintiff requests the Court to stop the Defendants who are

named in this matter:  (1) from preventing him from being a firefighter; (2) from not transferring him to Francisquito Fire Camp forthwith; (3) from enforcing the March 7, 2024, change from Workgroup F for Firefighting to Workgroup M effective 1/3/2024; (4) from enforcing his removal from the Fire Camp Program on 4/25/2024,  and (5) from enforcing the change in his release date from December 19, 2026, to February 1, 2028.  ECF No. 18 at 1-2.  The motion, with attachments, is one hundred and twelve pages in length.  See generally ECF No. 18.

 Plaintiff's second request in his motion is a request for the Court to set a show cause hearing requiring Defendants to appear and show cause why his demands, essentially as set forth above, should not result in the issuance of a preliminary injunction.

II.    DISCUSSION

The motion will be denied.  A review of the filing indicates that at its core it is duplicative of the motion Plaintiff filed which was docketed in January of this year.  Compare ECF No. 8 (January 2024 motion requesting the Court to stop Defendants from transferring Plaintiff to anywhere but Francisquito Fire Camp), with ECF No. 18 (instant motion related to Plaintiff's transfer to Francisquito Fire Camp).  In February 2024, the January 2024 motion was denied as having been filed prematurely.  See ECF No. 12 at 7-8.  In that order Plaintiff was instructed that a temporary restraining order could not issue as no Defendants had been served because the Complaint he filed failed to raise viable claims against any of them.  ECF No. 12 at 7.

Nothing has changed since the Court issued February 2024 order.  Although Plaintiff has since filed a first amended complaint (see ECF No. 17), this complaint has not yet been screened to determine if viable claims exist against any of the named Defendants.  As a result, Plaintiff's instant motion for injunctive relief and request for a show cause hearing is duplicative and premature.  Therefore, it will be denied as such.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for that a temporary restraining order and/or preliminary injunction issue (ECF No. 18) is DENIED as DUPLICATIVE and as PREMATURELY FILED.

**Plaintiff is informed that any future requests for temporary restraining orders or preliminary injunctions that are filed prior to the Court screening the First Amended**

**Complaint (ECF No 17) and finding that it contains viable claims, such will be summarily denied as premature.**

IT IS SO ORDERED.

Dated:   **June 17, 2024**                    /s/ Gary S. Austin
                                              UNITED STATES MAGISTRATE JUDGE

3