UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED DORTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVE TOSTONIE, et al.,<br><br>　　　　Defendants. | No.  1:23-cv-01784 GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT<br><br>(ECF No. 21)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE PLAINTIFF'S LODGED SECOND AMENDED COMPLAINT<br><br>(ECF No. 22) |

　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　Plaintiff has filed a motion to amend the complaint.  ECF No. 21.  In addition, he has lodged a second amended complaint.  ECF No. 22.  Given that the Court has not begun to screen Plaintiff's first amended complaint (see ECF No. 17), the motion will be granted.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.  Plaintiff's motion for leave to file an amended complaint (ECF No. 21) is GRANTED, and

1

2. The Clerk of Court shall FILE Plaintiff's lodged second amended complaint. <u>See</u> ECF No. 22.

IT IS SO ORDERED.

Dated:  **September 29, 2024**                                **/s/ Gary S. Austin**
                                                                                    UNITED STATES MAGISTRATE JUDGE

2