1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FRED DORTON,                         No.  1:23-cv-01784 GSA (PC)

12              Plaintiff,                 ORDER ACKNOWLEDGING PLAINTIFF'S
                                           NOTICE OF ERRATA AND DIRECTING
13       v.                                CHANGE TO CASE CAPTION OF DOCKET

14    STEVE TOSTONIE, et al.,              (ECF No. 28)

15              Defendants.                ORDER DIRECTING PLAINTIFF TO SHOW
                                           CAUSE WHY THIS MATTER SHOULD NOT
16                                         BE DISMISSED FOR FAILURE TO
                                           PROSECUTE AND FOR  FAILURE TO
17                                         OBEY A COURT ORDER

18                                         (ECF No. 27)

19                                         PLAINTIFF'S SHOWING OF CAUSE OR, IN
                                           THE ALTERNATIVE, PLAINTIFF'S THIRD
20                                         AMENDED COMPLAINT DUE IN
                                           FOURTEEN DAYS

21

22

23           Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil

24    rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

25    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This matter is at the

26    screening stage of the proceedings.

27           Before this Court is Plaintiff's notice of errata which informs the Court of the incorrect

28    spelling of two named Defendants.  ECF No. 28.  In addition, on December 16, 2024, Plaintiff

                                                 1

1  was granted a forty-five-day extension of time to file a third amended complaint ("TAC").  ECF

2  No. 27.

3       The Court will acknowledge the notice of errata filed by Plaintiff and direct the Clerk of

4  Court to change the case caption of the docket on CM/ECF.  In addition, Plaintiff will be ordered

5  to show cause why this case should not be dismissed for failure to obey a court order.

6       I.    RELEVANT PROCEDURAL HISTORY

7       On October 28, 2024, Plaintiff was ordered to file a TAC and to do so within thirty days.

8  See ECF No. 25 (screening order).  On December 16, 2024, a request by Plaintiff for a ninety-day

9  extension of time to file his TAC was granted in part and denied in part.  ECF Nos 26, 27

10 (extension of time request; order denying request in part).  Relevantly, in the December 16, 2024

11 order, Plaintiff was granted a  forty-five day, rather than a 90 day, extension of time in which to

12 file a TAC.  ECF No. 27 at 7.  At that time, Plaintiff was cautioned that failure to comply with the

13 Court's order within the time allotted might result in a recommendation that this matter be

14 dismissed.  Id.

15      II.    DISCUSSION

16      More than forty-five days has now passed, and Plaintiff has not filed a third amended

17 complaint, not filed a request for an extension of time to do so, nor responded to the Court in any

18 way.    As a result, Plaintiff will be ordered to show cause why this matter should not be

19 dismissed.  As an alternative to filing a showing of cause, Plaintiff may file a third amended

20 complaint.  Plaintiff will be given fourteen days to take either cause of action.

21      III.    PLAINTIFF'S NOTICE OF ERRATA

22      On January 13, 2025, Plaintiff filed a notice with the Court.  ECF No. 28.  The filing

23 indicates that the defendant names Steve Tostonie, and D. Pierce were incorrect in the case

24 caption of the docket and in some places on the docket itself.  Id.  As a result, Plaintiff is

25 requesting that the spellings be changed to "Steve Tortorice" and "P. Pierce."  Id.  The Court

26 acknowledges Plaintiff's notice, and it will direct the Clerk of Court to make the appropriate

27 changes on the docket.

28      Accordingly, IT IS HEREBY ORDERED that:

2

1    1.  Plaintiff's notice of errata docketed January 13, 2025 (ECF No. 28) is

2  ACKNOWLEDGED;

3    2.  Consistent with Plaintiff's notice, the Clerk of Court shall change the name of

4  Defendant "Steve Tostonie" to "Steve Tortorice," and the name of Defendant "D. Pierce" to "P.

5  Pierce," both in the case caption of the docket and throughout the docket;

6    3.  Plaintiff is ordered to show cause why this matter should not be dismissed for failure

7  to prosecute and failure to obey a court order;

8    4.  As an alternative to filing the showing of cause, Plaintiff may file a third amended

9  complaint, and

10    5.  Plaintiff shall have fourteen days to take either cause of action.

11    **Plaintiff is informed that absent exigent circumstances, his failure to comply with**

12  **this order within the time allotted may result in a recommendation this matter be dismissed.**

13

14

15  IT IS SO ORDERED.

16    Dated:    **February 5, 2025**                    **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

3