UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED DORTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVE TORTORICE, et al.,<br><br>　　　　Defendants. | No.  1:23-cv-01784 JLT GSA (PC)<br><br>ORDER WITHDRAWING ORDER AND FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 35) |

　　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This matter is at the screening stage of the proceedings.

　　　　On March 7, 2025, the Court issued an order recommending that this matter be dismissed for failure to prosecute and for failure to obey court orders.  ECF No. 35.   Plaintiff was given fourteen days to file objections to the Court's order.  ECF No. 35 at 7.

　　　　On March 11, 2025, Plaintiff's third amended complaint was docketed.  ECF No. 36.  Therefore, the Court will withdraw its pending order which recommends the dismissal of this matter.

　　　　Accordingly, IT IS HEREBY ORDERED that the Court's pending order issued March 7, 2025, which recommends that this matter be dismissed for failure to prosecute and for failure to

obey court orders (ECF No. 35) is hereby WITHDRAWN.

Plaintiff's third amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **March 20, 2025**                                  **/s/ Gary S. Austin**
                                                                                          UNITED STATES MAGISTRATE JUDGE